UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:08CV112 JCH |
| RHONDA F. WEBB, | ) |
| Defendant. | ) |

### CONSENT JUDGMENT

Defendant Rhonda F. Webb acknowledges waiver of service of summons in this matter and waives the requirement of service pursuant to Rule 4 of the Federal Rules of Civil Procedure.

The parties hereby consent to judgment being entered in favor of plaintiff, United States of America, and against Rhonda F. Webb, defendant, in the amount of $9,389.48, which includes interest at 3 percent and 8 percent per annum up to the date of this judgment, and the costs of this action.

IT IS ORDERED, ADJUDGED AND DECREED, that plaintiff, shall have judgment against defendant in the amount of $9,389.48 plus post-judgment interest at the legal rate as provided by laws.

Dated this 7 day of April, 2008.

RHONDA F. WEBB
DEFENDANT

JULIA M. WRIGHT #4450
PLAINTIFF'S ATTORNEY

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE
5/14/08